TONY WEST
Assistant Attorney General
Civil Division
JOSHUA E. BRAUNSTEIN
Assistant Director
Office of Immigration Litigation
District Court Section
MELISSA S. LEIBMAN, NYSBN 4442877
Trial Attorney
Office of Immigration Litigation                    JS - 6
District Court Section
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 305-7016
        Fax Number: (202) 305-7000
        Email: melissa.leibman@usdoj.gov

Attorney for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFIF AYOUB and EMTANES DEKWAR, dba THE GRAND CAFÉ, ) | Case No. 2:09-cv-02148-JHN-Ex |
| Plaintiffs, ) | ORDER |
| v. ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ) | |
| Defendant. ) | |

        Having considered the joint stipulation of the parties, and good cause

appearing therefore, IT IS SO ORDERED that:

        (1)     This case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

        AND

///

///

(2)     Each party shall bear its own fees and costs.

DATED: February 12, 2010

_____
The Honorable Jacqueline H. Nguyen
United States District Judge